FRANCIS J. ELLIOTT, Respondent, v. ALOISIUS J. BARTOSZEK, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff and for no cause of action on defendant's counterclaim in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Probate of the Will of SALEME HOBAICA, Deceased. HICKEL SHAHEEN, Appellant; NASSER J. FLIHAN, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order granting a motion to dismiss a proceeding to vacate probate of a will, and to dismiss the proposed objections to such probate.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 767.]

JOSEPHINE BURRUTO, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders (1) dismissing the action unless complaint was served by December 10, 1951; (2) vacating an order of dismissal which was entered on proof of plaintiff's failure to comply with terms of the previous conditional order of dismissal.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER W. KENNEDY, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of criminal negligence.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ARTHUR T. MOORE, Respondent, v. JOHN S. RANDALL, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ALICE K. PATRIDGE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE Co., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action under a life insurance policy.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

CHIC MAID HAT MANUFACTURING CO., INC., Respondent, v. LEON KORBA et al., Individually and as President and Treasurer, Respectively of Local 111, United Hatters, Cap and Millinery Workers International Union, A. F. of L., Appellants.— Order affirmed, with $10 costs and disbursements, and the parties are directed to proceed to immediate trial of the action. All concur. (Appeal from an order denying defendants' motion to modify an injunction order.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.